IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES MARION HENDRIX, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:12-cv-195-WHA |
| DR. S. WARR, et al., | ) ) (WO) |
| Defendants. | ) ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #40), entered on March 3, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED for lack of jurisdiction.   Costs are taxed against the Plaintiff.  Final Judgment will be entered accordingly.

DONE this 30th day of March, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE